IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2016 CHEVROLET SILVERADO 1500 CREW CAB, VIN: 3GCUKTEC3GG174585

    Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

### JURISDICTION AND VENUE

1.    The United States of America has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of the narcotics provisions of 21 U.S.C. § 801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.    Venue is proper under 28 U.S.C. § 1395, as the defendant property is located and the acts described herein occurred, in the District of Colorado.

### DEFENDANT PROPERTY

3.    Defendant property is more fully described as follows:

2016 Chevrolet Silverado 1500 Crew Cab, VIN: 3GCUKTEC3GG174585 ("defendant 2016 Chevrolet") seized from Luis F. Delarionda on July 26, 2019, at

11253 Pine Valley Drive, Franktown, Colorado 80116, and is currently in the custody of the United States' Marshals Service in Denver, Colorado. Upon information and belief, the defendant 2016 Chevrolet is encumbered.

## INITIAL INVESTIGATION

4. During the week of June 24, 2019, Aurora Police Department Narcotics Investigators set up surveillance near 5280 Trimmers, a business establishment that rents and sells marijuana cultivation supplies.

5. During this surveillance operation, investigators observed two pick-up trucks pull into the rear entrance of 5280 Trimmers. One was defendant 2016 Chevrolet Silverado, registered to Luis F. Delarionda, a previously convicted felon. The other was a silver Chevrolet Silverado, registered to Christopher Pegg (Pegg), Delarionda's stepson. The beds of defendant 2016 Chevrolet Silverado and the silver Chevrolet Silverado were loaded with multiple bags of what appeared to be soil.

6. Surveillance officers watched both defendant 2016 Chevrolet Silverado and the silver Chevrolet Silverado as they drove away from 5280 Trimmers. Both defendant 2016 Chevrolet Silverado and the silver Chevrolet Silverado drove directly to 11253 Pine Valley Drive and pulled in front of the detached exterior garage adjacent to the residence.

## **Search of 11253 Pine Valley Drive**

7. On July 26, 2019, a search warrant was executed at 11253 Pine Valley Drive, the residence of Luis Delarionda and Kim Walker. The home was purchased on June 16, 2017.

8. During the search, investigators discovered handwritten ledgers, notes for a marijuana cultivation operation, and various financial documents and receipts.

9. In the garage at 11253 Pine Valley Drive, investigators found 26 live marijuana plants, 23 ballasts, 23 HID lights, 16 fans, and 3 carbon filters. The marijuana plants were very large, approximately 6 feet in height with numerous flowering buds.

10. Investigators also found 5 Ziploc bags of marijuana with a total gross weight of 1.79 pounds and a large bag of marijuana with a total weight of 7.24 pounds. Two amounts of U.S. currency, a "Keirton" twister trimmer (a commercial grade trimming machine acquired from their previous business "Grow Big or Grow Home"), a blower, a pollinator, and a large "Ideal Air" commercial grade dehumidifier were also discovered during the search.

11. Investigators also found documentation for properties located at 1358 Mulberry Lane, Highlands Ranch, Colorado, 9524 Sherrelwood Lane, Highlands Ranch, Colorado, and 9148 Rimrock Court, Highlands Ranch, Colorado.

12. Luis Delarionda and Kim Walker were present when the search warrant was executed. Walker agreed to speak with investigators.

**Interview with Kim Walker**

13. On July 26, 2019, investigators interviewed Kim Walker (Walker) at 11253 Pine Valley Drive.

14. Walker informed investigators that there were 25 marijuana plants growing in the garage. Walker told investigators that she received her license to grow these plants from a doctor three years ago and she has renewed the license three times to date.

15. Walker explained that marijuana has been growing in the garage for one year, and that Delarionda is the primary person who maintains the grow, even though they are prescribed to Walker. Walker told investigators that the marijuana grown in their garage is not sold and is just for personal use.

16. Walker stated that their source of income is Delarionda's sports memorabilia business, from which he made approximately $100,000 in the last year. They also have leftover funds from a store they owned and sold last year, "Grow Big or Grow Home" in Littleton, Colorado.

## Additional Searches

17. Based on the documents located during the search of Delarionda's residence located at 11253 Pine Valley Drive, additional searches were conducted at locations associated with Delarionda.

### 1358 Mulberry Lane, Highlands Ranch, CO

18. On July 26, 2019, in Highlands Ranch, Colorado, investigators stopped Pegg, Walker's son, after he committed a traffic infraction. During the traffic stop, Pegg informed investigators that he has a marijuana grow operation at his residence, specifically, "twenty-five (25) trees and a lot of little ones". Pegg consented to a search of his residence at 1358 Mulberry Lane.

19. During the search, investigators found the marijuana cultivation set up in the same way as the operation previously observed at 11253 Pine Valley Drive. Investigators discovered a total of 113 live marijuana plants, 84 in the vegetative state, and 29 flowering. Investigators also found approximately 1.26 gross pounds of finished

marijuana product and 11.2 ounces of marijuana concentrate in various areas throughout the house.

20.     Pegg stated that Kim Walker and Luis Delarionda assisted him with his illegal marijuana cultivation operation. Walker and Delarionda also financed his home and utilities and Delarionda physically assisted him with his grow at 1358 Mulberry Lane, Highlands Ranch, Colorado. Kim Walker is also on the lease.

21.     Another Xcel Energy statement found during the course of the investigation showed that Pegg has been growing marijuana at the property since at least June of 2016.

**9524 Sherrelwood Lane, Highlands Ranch, CO**

22.     At 9524 Sherrelwood Lane, Highlands Ranch, the residence of Kim Walker's son, Darren Tarr, officers located a marijuana grow consisting of 12 marijuana plants in the basement of the property. In a refrigerator, investigators found a bag with 8.430 pounds of loose marijuana that was packaged for distribution.

**9148 Rimrock Court, Highlands Ranch, CO**

23.     Law enforcement also searched 9148 Rimrock Court, the residence of Travis Allen, a former employee of "Grow Big or Grow Home," a marijuana cultivation store previously owned and operated by Luis Delarionda and Kim Walker.

24.     During the search, investigators found 43 live marijuana plants, a commercial grade trimmer, a "Cassida" money counter, 5.971 pounds of dried marijuana, 3.215 pounds of liquid marijuana, 2.243 pounds of marijuana concentrates, 4.740 pounds of bagged latex gloves covered with marijuana resin, and drug packaging materials. Investigators also found $10,960.00 in United States currency.

25. Investigators also found receipts from the UPS store and digital scales covered with residual amounts of marijuana.

**Interview with Travis Allen**

26. Travis Allen agreed to be interviewed by investigators while the search warrant was being executed at his residence.

27. Allen informed investigators that he is currently employed by HiTec, a construction company owned by Luis Delarionda. Allen explained that Delarionda sold his former company, "Grow Big or Grow Home" in order to put more money into his construction company. He also said that Delarionda has had the "Hi-tech" business for several years.

28. Allen explained that he is in contact with Delarionda a couple times a week and that Delarionda has given Allen advice about his marijuana grow in the past.

29. Allen told investigators that the marijuana they found on the table was given to him by Christopher Pegg before he left town to be with his kids.

**Cash and Money Orders**

30. Investigators reviewed three credit union accounts with Luis Delarionda as the only signor on the accounts. Between all three accounts, $74,000 in money orders from an individual in North Carolina and $49,130 in cash were deposited into Luis Delarionda's accounts in 2018 through July 2019.

31. In addition, $49,130 in cash was deposited into a business account in which Luis Delarionda is the sole signor.

32.     A review of the known bank accounts associated with Luis Delarionda and Kim Walker shared a combined total of $274,645 in cash and money orders between 2018 and 2019.

### Defendant 2016 Chevrolet Silverado

33.     Luis Delarionda purchased defendant 2016 Chevrolet Silverado on September 28, 2017.  The original amount financed was $20,597.88 and the unpaid principal balance is approximately $12,674.27.

34.     Defendant Chevrolet Silverado is titled and registered to Luis Delarionda.

### Criminal History

35.     A review of Delarionda's criminal history showed that in 2015, Delarionda was charged with the cultivation of 30 or more Marijuana plants, Tax Evasion, Failure to collect or pay Trust Tax, conspiracy in dangerous drugs- synthetic cannabinoids, and the manufacturing of Marijuana Concentrate and processing out of the Boulder County Sheriff's Office. He was convicted of the criminal offense described as Marijuana Concentrate-Process/Manufacture.

36.     Based on the underlying investigation, in 2019, Delarionda was charged with marijuana cultivation, marijuana possession, tax evasion, and money laundering in the Colorado Eighteenth Judicial District Court.

Based on the facts and circumstances above, there is reasonable cause to believe that defendant 2016 Chevrolet Silverado was purchased with proceeds traceable to the illegal cultivation and distribution of marijuana.

## VERIFICATION OF CHARLES JOHN NUNLEY, TASK FORCE OFFICER, DRUG ENFORCEMENT ADMINISTRATION

I, Task Force Officer Charles John Nunley, hereby state and aver under the pain and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

Charles John Nunley
Task Force Officer – DEA

STATE OF COLORADO )
)
COUNTY OF Arapahoe )

The foregoing was acknowledged before me this 14th day of January 2020 by Charles J. Nunley, Task Force Officer, Drug Enforcement Administration.

Notary Public - Colorado
My Commission Expires: 6/15/2022

NICOLE C. DAVIDSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19984016359
MY COMMISSION EXPIRES JUNE 15, 2022

8

## FIRST CLAIM FOR RELIEF

37. The Plaintiff repeats and incorporates by reference the paragraphs above.

38. By the foregoing and other acts, defendant 2016 Chevrolet Silverado, constitutes proceeds or was derived from proceeds traceable to an exchange of controlled substances, violations of 21 U.S.C. § 801 *et seq.*, and therefore is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the Defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 14th day of January, 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:   s/ *Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: laura.hurd@usdoj.gov